## ORDER FOR ENTRY OF JUDGMENT
### UNITED STATES DISTRICT COURT
FOR THE
### DISTRICT OF COLORADO

U.S.A.

vs.                                Case No: *06-7012M*

Defendant: *Kim Van Valkenburg*

### TERM OF IMPRISONMENT:

[X] Defendant shall serve a term of imprisonment of *two* days, to be served in a jail-type facility as designated by the Bureau of Prisons.

[ ] Other term of imprisonment conditions:_____

[X] The sentence of imprisonment shall be **SUSPENDED** by the Court.

Under the terms of this sentence, the defendant has been adjudicated guilty and placed on **Unsupervised Probation** by the Honorable Daniel B. Sparr, Senior United States Judge for the District of Colorado. The defendant's term of Unsupervised Probation is for a period of *four* months, commencing *March 8th 2006* and ending *July 8, 2006 (As a Condition of Suspension of Sentence)*

### STANDARD CONDITIONS-

It is the order of the Court that the defendant shall comply with the following *standard* conditions:

1. The defendant shall not commit another federal, state, or local crime;

2. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. If any treatment is ordered by the Court as noted below, the defendant shall abstain from the use of alcohol or other intoxicants during the course of such treatment.

3. The defendant shall support his or her dependents and meet other family responsibilities;

4. *As directed by the Court, the defendant shall submit to the government proof of successful completion of any program, treatment and/or special condition ordered by the Court, as noted below.*

### SPECIAL CONDITIONS-

It is the order of the Court that the defendant shall comply with the following *special* conditions as checked by the Court below:

[X] The defendant shall pay a Special Assessment of $ *25.00*, payable on or before *30 days*.

[ ] N/A The defendant shall pay a Fine to the U.S. District Court Clerk's Office in the amount of $_____, payable on or before _____.

[ ] N/A The defendant shall pay restitution to the victim in this case in the amount of $_____, payable on or before _____.

[ ] N/A Other Financial Instructions/Orders of the Court:_____

-1-

**TREATMENT:**

[X]    As directed by the Court, the defendant shall ~~participate in and~~ complete the following *State Certified* treatment program(s). The defendant will be required to pay the cost of the treatment ordered.

[X] *ALCOHOL ABUSE PROGRAM*; Specifically, a  Program (Level I) completed  program.

[ ] *DRUG or SUBSTANCE ABUSE PROGRAM* _____.

[ ] *MENTAL HEALTH PROGRAM* _____.

[ ] *ANGER MANAGEMENT PROGRAM* _____.

[ ] *PETTY THEFT CLASS* _____.

[ ] *OTHER TREATMENT PROGRAM* _____.

**COMMUNITY SERVICE WORK:**

[X]    As directed by the Court, the defendant shall perform  20 hrs  ~~hours~~ of community service work and provide proof of completion at the Review Hearing. Other Instructions:  Complete w/in 4 months.

[X]    If convicted of a drunk driving charge, the defendant shall attend and complete the MADD (Mother's Against Drunk Driver's) Panel Program.

**OTHER SPECIAL CONDITIONS:**

[ ]  None  _____

_____

_____.

**COMPLIANCE REVIEW HEARING: (OPTIONAL BY THE COURT)**

[ ]    The Court will not set a Compliance Review Hearing but orders the defendant to submit proof of completion of all special conditions to the government (Staff Judge Advocate's Office)

[X]    The defendant is to appear before the Court at 212 North Wahsatch Avenue, Suite #100, Colorado Springs, Colorado, for a COMPLIANCE REVIEW HEARING on  July 12, 2006  at  10:00 . The defendant shall bring all proof of completion of any program, treatment, and/or special condition ordered by the Court.

_____            March 8th 2006
Daniel B. Sparr, Senior U.S. Judge                  Date of Imposition of Judgment

Sparr Order
3/2005