# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

UNITED STATES OF AMERICA

v.

KIM VAN VALKENBURG

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)**

CASE NUMBER:  06-7012M

C.H. Morgan II

**THE DEFENDANT:**
  Pleaded guilty to count one of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:
offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 42-4-1301(1)(b) | Driving While Ability Impaired | 12-9-05 | 1 |

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, and incorporated herein by this reference..  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

March 8, 2006
_____
Date of Imposition of Judgment

s/ Daniel S. Sparr
_____
Signature of Judicial Officer

Daniel S. Sparr
U.S. District Court Judge
_____
Name & Title of Judicial Officer

March 9, 2006
_____
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of two (2) days suspended on the condition of successful completion of four months unsupervised probations and the terms and conditions thereof.

## OTHER CONDITIONS

Defendant shall pay a Special Assessment of $25.00 within thirty (30) days.

Defendant shall perform twenty (20) hours of community service work and provide proof of completion of same. This community service shall be completed within the time of probation.

Defendant has already completed a Level II Drug/Alcohol Education program.

Eight points shall be reported to the Colorado and Texas Departments of Motor Vehicles to be recorded against defendant's driving record.